| | | |
|---|---|---|
| RAVINDER SINGH MAAN | * | IN THE |
| Plaintiff | * | ~~DISTRICT~~ **CIRCUIT** COURT |
| v. | * | FOR |
| DANIEL JOHN SOPP | * | BALTIMORE CITY |
| Defendant | * | CASE NO.: **24-C-14-005268 JT** |
| | * * * | |

## AMENDED COMPLAINT AND REQUEST FOR A JURY TRIAL

Plaintiff, Ravinder Singh Maan, by and through his attorney, Alex Poberesky, P.A. sues Defendant, Daniel John Sopp as reasons therefore states as follows:

1. The venue is proper in Baltimore City pursuing to Courts and Judicial Proceeding Article 6-202(11) as Defendant is out of state resident.

2. For that on or about the December 31, 2012 at approximately 2:16 a.m., the Plaintiff, Ravinder Singh Maan was the lawful owner and operator of a motor vehicle traveling north on Jones Falls Expressway at or near its intersection with Pimplico Road in Baltimore, Maryland.

3. That at the same time and place a motor vehicle operated by Defendant, Daniel John Sopp was also traveling in the same direction on Jones Falls Expressway at or near its intersection with Pimplico Road in Baltimore, Maryland.

4. That while Plaintiff, Ravinder Singh Maan was proceeding straight, the Defendant struck the Plaintiffs vehicle in the rear at a very high rate of speed causing the Plaintiffs vehicle to flip on its roof before coming to a rest.

5. That the Defendant received multiple citations for this incident including negligent driving, possession of marijuana and possession of a controlled dangerous substance and was found guilty of driving a vehicle while under the influence of alcohol.

6. Defendant, Daniel John Sopp was careless, reckless and negligent in that he failed to maintain proper control of his vehicle, failed to operate his vehicle at a safe rate of speed, failed to obey the traffic rules of the road, failed to use proper caution, failed to keep a proper lookout, failed to avoid a collision and failed to exercise due care and caution under the conditions then and there existing in order to avoid the collision.

7. The collision as described hereinabove occurred without any negligence or want of due care on the part of the Plaintiff contributing directly or indirectly thereto.

8. That as a direct and proximate result of the Defendant's negligence, Plaintiff, Ravinder Singh Maan sustained painful bodily injuries, incurred medical expenses, endured pain, suffering and mental anguish and sustained other damages.

WHEREFORE, Plaintiff, Ravinder Singh Maan claims damages **in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00)** ~~the amount of THIRTY THOUSAND DOLLARS ($30,000.00)~~ from the Defendant, Daniel John Sopp.

_____
Alex Poberesky, P.A.
104 Church Lane, Suite 100
Baltimore, Maryland 21208
(410) 484-0400

| | | |
|---|---|---|
| RAVINDER SINGH MAAN | * | IN THE |
| Plaintiff | * | DISTRICT COURT |
| v. | * | FOR |
| DANIEL JOHN SOPP | * | BALTIMORE CITY |
| Defendant | * | CASE NO.: |

\* \* \*

## REQUEST FOR JURY TRIAL

Plaintiff, Ravinder Singh Maan, by and through his attorney, Alex Poberesky, P.A. respectfully requests a Jury Trial in this matter.

_____
Alex Poberesky, Esquire
104 Church Lane
Suite 201
Baltimore, Maryland 21208
(410) 484-0400

| | | |
|---|---|---|
| RAVINDER SINGH MAAN | * | IN THE |
| Plaintiff | * | DISTRICT COURT |
| v. | * | FOR |
| DANIEL JOHN SOPP | * | BALTIMORE CITY |
| Defendant | * | CASE NO.: |

\* \* \*

## REQUEST FOR JURY TRIAL

Plaintiff, Ravinder Singh Maan, by and through his attorney, Alex Poberesky, P.A. respectfully requests a Jury Trial in this matter.

_____
Alex Poberesky, Esquire
104 Church Lane
Suite 201
Baltimore, Maryland 21208
(410) 484-0400